KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
**IN RE COMBINED WORLD TRADE CENTER**              21 MC 103 (AKH)
**AND LOWER MANHATTAN DISASTER SITE**
**LITIGATION**
------------------------------------------------------------------X
**RAMON ZAMBRANA,**                                 DOCKET NO:
                                                    08 CV 2320

                Plaintiff,
    -against-

**7 WORLD TRADE COMPANY, L.P., A RUSSO**
**WRECKING, INC., ABM INDUSTRIES INC.,**
**ABM JANITORAL NORTHEAST, INC., AMEC**              NOTICE OF
**MANAGEMENT, INC., AMEC EARTH**                     APPEARANCE
**ENVIRONMENTAL, INC., ANTHONY CORTESE**
**SPECIALIZED HAULING LLC., ATLANTIC**
**HEYDT CORP., BECHTEL ASSOCIATES PROFESSIONAL**
**CORPORATION; BECHTEL CONSTRUCTION, INC.,**
**BECHTEL CORPORATION; BECHTEL ENVIRONMENTAL**
**INC., BERKEL & COMPANY, CONTRACTORS,**
**INC., BIG APPLE WRECKING & CONSTRUCTION CORP.,**
**BOVIS LEND LEASE LMB, INC., BREEZE CARTING**
**CORP., BREEZE NATIONAL INC., BRER-FOUR**
**TRANSPORTATION CORP., BURO HAPPOLD**
**CONSULTING ENGINEERS, P.C., C.B. CONTRACTING**
**CORP., CANRON CONSTRUCTION COP., CORD**
**CONTRACTING CO., INC., DAKOTA DEMO TECH;**
**DIAMOND POINT EXCAVATING CORP., DIEGO**
**CONSTRUCTION, INC., DIVERSIFIED CARTING, INC.,**
**DMT ENTERPRISE, INC., D'ONOFRIO GENERAL**
**CONTRACTORS CORP., EAGLE LEASING &**
**INDUSTRIAL SUPPLY INC., EAGLE ONE ROOFING**

CONTRACTORS, INC., ED DAVIES, INC., EN-TECH CORP., EVERGREEN RECYCLING OF CORONA (EROC) EWELL W. FINLEY, P.C., EXECUTIVE MEDICAL SERVICES, P.C, FLEET TRUCKING, INC., FRANCIS A. LEE EXTERIOR RESTORATION; INC., FTI TRUCKING, INC., GILSANZ, MURRAY & STEFICEK LLP., GOLDSTEIN KOCH SKANSKA INC., LAQUILA CONSTRUCTION INC., LASTRADA GENERAL GENERAL CONTRACTING CORP., LESLIE E. ROBERTSON ASSOCIATES CONSULTING ENGINEERS, P.C., LIBERTY MUTUAL GROUP; LOCKWOOD, KESSLER & BARTLESS, INC. LUCIUS PITKIN, INC., LZA TECH-DIV OF THORTON TOMASTEEI, MANAFORT BROTHERS INCORPORATED; MAZZOCCHI WRECKING INC., HUDSON MERIDIAN CONSTRUCTION GROUP; LLC F/K/A MERIDIAN CONSTRUCTION CORP., MORETRENCH AMERICAN CORP., MRA ENGINEERING, P.C., MUESER RUTLEDGE CONSULTING ENGINEERS, INC., NACIREMA INDUSTRIES INCORPORATED; NEW YORK CRANE & EQUIPMENT CORP., NICHOLSON CONSTRUCTION COMPANY; PETER SCALAMANDRE & SONS, INC., PINNACLE ENVIRONMENTAL CORP., PLAZA CONSTRUCTION CORP., PLAZA CONSTRUCTION CORP., PRO SAFETY SERVICES, LLC.; PT & L CONTRACTING CORP., ROBERT SILMAN ASSOCIATES, ROBERT L. GEROSA, INC., RODAR ENTERPRISES, INC., ROYAL GM, INC., SAB TRUCKING INC., SAFEWAY ENVIRONMENTAL CORP., SEASONS INDUSTRIAL CONTRACTING; SEMCOR EQUIPMENT & MANUFACTURING CORP., SILERITE CONTRACTING CORPORATION; SIMPSON GUMPERTZ & HEDGER, INC., SKIDMORE, OWING & MERRILL LLP; SURVIVAIR, TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN; TISHMAN CONSTRUCTION CORPORATION OF NEW YORK; TISHMAN INTERIORS CORPORATION; TISHMAN SPEYER PROPERTIES; THORTON-TOMASETTI, GROUP, INC., TORRETTA TRUCKING, INC., TOTAL SAFETY CONSULTING, LLC., TUCCI EQUIPMENT RENTAL CORP., TULLY CONSTRUCTION CO., INC., TURNER CONSTRUCTION COMPANY; ULTIMATE DEMOLITION CS HAULING (JOINT VENTURE); VOLLMER ASSOCIATES LLP., WEEKS MARINE INC., WEIDLINGER

ASSOCIATES, CONSULTING ENGINEERS, P.C., WHITNEY
CONTRACTING INC., WOLKOW-BRAKER ROOKING
CORP., WORLD TRADE CENTER PROPERTIES, LLC.,
WSP CANTOR SEINUK, YANUZZI & SONS, INC., YONKERS
CONTRACTING COMPANY, INC., YORK
HUNTER CONSTRUCTION, LLC., ZIEGENFUSS
DRILLING, INC.,

OFF SITE:
100 CHURCH, LLC, ALAN KASMAN DBA
KASCO, AMBIENT GROUP, INC.,
AMERICAN EXPRESS BANK, LTD., AMERICAN
EXPRESS COMPANY, AMERICAN EXPRESS
TRAVEL RELATED SERVICES COMPANY, INC.,
ANN TAYLOR STORES CORPORATION,
BANKERS TRUST COMPANY, BATTERY PARK
CITY AUTHORITY, BFP TOWER C. CO., LLC.,
BFP TOWER C MM LLC., BLACKMON-MOORING
STEAMATIC CATASTOPHE, INC., d/b/a BMS
CAT, BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDING, INC., CUNNINGHAM
DUCT CLEANING CO., DEUTSCHE BANK TRUST COMPANY,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
DEUTSCHE BANK TRUST CORPORATION,
ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO.,
LAW ENGINEERING, P.C., LEHMAN BROTHERS
HOLDINGS, INC., LEHMAN BROTHERS, INC.,
LEHMAN COMMERCIAL PAPER, INC.,
MERRILL LYNCH & CO., INC. NOMURA
HOLDING AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., ROYAL AND SUNALLIANCE
INSURANCE GROUP, STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC.,
THE BANK OF NEW YORK TRUST COMPANY,
N.A., TISHMAN INTERIORS CORPORATION,
TOSCORP INC., TRAMMELL CROW COMPANY,
TRAMMELL CROW CORPORATE SERVICES, INC.,

TRC ENGINEERS, INC., TUCKER ANTHONY, INC.,
TULLY CONSTRUCTION CO., INC., TULLY
INDUSTRIES, INC., VERIZON NEW YORK, INC.,
WESTON SOLUTIONS, INC., WFP RETAIL CO., G.P.,
CORP., WFP RETAIL CO., L.P., WFP TOWER A CO.,
WFP TOWER A CO., G.P., CORP., WFP TOWER A. CO.,
L.P., WFP TOWER B CO. G.P., CORP., WFP
TOWER B HOLDING CO., LP., WFP TOWER B. CO.,
L.P., and ZAR REALTY MANAGEMENT CORP., et al.

                              **Defendants.**

-----------------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
       April 30, 2008

                                        Kevin G. Horbatiuk
                                        Kevin G. Horbatiuk (KGH4977)
                                        Matthew P. Mazzola (MM7427)
                                        Attorneys for Defendant
                                        **CUNNINGHAM DUCT WORK s/h/i/a
                                        CUNNINGHAM DUCT CLEANING CO.,
                                        INC.**
                                        RUSSO, KEANE & TONER, LLP
                                        26 Broadway, 28th Floor
                                        New York, New York 10004
                                        (212) 482-0001
                                        RKT File No. 824.078

TO:   CHRISTOPHER R. LaPOLA, ESQ.,
      WORBY GRONER EDELMAN & NAPOLI BERN, LLP
      Attorney for Plaintiff
      **RAMON ZAMBRANA**
      115 Broadway 12th Floor
      New York, New York 10006
      (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 30th day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**RAMON ZAMBRANA**
115 Broadway 12th Floor
New York, New York 10006

*Kevin G Horbatiuk*
**KEVIN G. HORBATIUK**