UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                                21MC103(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

RAMON ZAMBRANA,                                         08CV2320(AKH)

                     Plaintiff(s),     **NOTICE OF APPEARANCE**

-against-

100 CHURCH LLC, et al.,

                     Defendants.

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:    New York, New York
          May 14, 2008

                                  Yours etc.,

                                  HARRIS BEACH PLLC
                                  *Attorneys for Defendant*
                                  **100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.**

                                  _____/s/_____
                                  Stanley Goos, Esq. (SG-7062)
                                  100 Wall Street
                                  New York, NY  10005
                                  212 687-0100
                                  212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on May 14, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

    1.    100 Church and Zar Realty Management Corp. n/k/a Sapir Realty Management Corp. Notice of Appearance

Dated: May 14, 2008

                                        /s/
                             Stanley Goos, Esq. (SG 7062)