UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————————

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                    **21 MC 103 (AKH)**

———————————————————————————————

RAMON ZAMBRANA,                                       08-CIV-2320 (AKH)


                        Plaintiff,

        -against-


100 CHURCH, LLC, ET. AL.,

                        Defendants.
———————————————————————————————

## <u>NOTICE OF APPEARANCE</u>

        Please enter the appearances of John J. Henry, Esq., and William S. Nolan of the law firm

of Whiteman Osterman & Hanna LLP, as counsel for Defendant TRC Engineers, Inc. in the

above-captioned actions.

Dated:  Albany, New York
        May 15, 2008                     WHITEMAN OSTERMAN & HANNA LLP

                                         /s/ John J. Henry
                                 BY:     _____
                                         John J. Henry (JH-7137)
                                         William S. Nolan (WN-8091)
                                         Attorneys for Defendant TRC Engineers, Inc.
                                         One Commerce Plaza
                                         Albany, New York  12260
                                         (518) 487-7650

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc.'s Notice of Appearance was served this 15th day of May, 2008, via ECF upon the ECF participants.

/s/ Carrie L. Lalyer

_____
                    Carrie L. Lalyer